Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| EPHRAIN ATWAL, M.D. | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-149 |
| v. | |
| IFINEX INC., ET AL. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the Defendants' Motion to Dismiss for lack of personal jurisdiction is Granted.


Date: March 22, 2023                                    MARY C. LOEWENGUTH
                                                        CLERK OF COURT

                                                        By: s/ Jennifer V.
                                                            Deputy Clerk